IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CURTIS THOMAS | * |
| | * Crim. No. CCB-11-0144 |
| v. | * Civ. No. CCB-16-1925 |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |

### NOTICE OF DISMISSAL OF 28 U.S.C. § 2255 MOTION

Petitioner, Curtis Thomas, through undersigned counsel, James Wyda, Federal Public Defender, and Paresh S. Patel, Assistant Federal Public Defender, hereby dismisses under Fed. R. Civ. P. 41(a)(1) his previously filed 28 U.S.C. § 2255 motion to vacate sentence, ECF No. 99 and 100 filed on his behalf by the Office of the Federal Public Defender.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

/s/
PARESH S. PATEL
Assistant Federal Public Defender
6411 Ivy Lane, Ste. 710
Greenbelt, Maryland 20770
(301) 344-0600

Curtis Thomas 53350-037
[NAME, Reg. No.]
Petitioner

Approved
Civil case CLOSED.
CCB
usdj
2/6/20